**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01758-REB-KMT

DORN COMPANIES, LTD,

    Plaintiff,

v.

RYANN TURCOTTE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Joint Stipulation of Dismissal With Prejudice** [#31] filed August 18, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation of Dismissal With Prejudice** [#31] filed August 18, 2009, is **APPROVED**;

    2. That the Trial Preparation Conference set for October 2, 2009, is **VACATED**;

    3. That the trial to the court set to commence October 5, 2009, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated August 18, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge